IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Arles J. Hecker, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-56 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Minn-Dak Growers Ltd., | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's Complaint be dismissed without prejudice (Doc. #6). No party has objected to the Report and Recommendation within the deadline provided in Fed. R. Civ. P. 72 or District of North Dakota Local Rule 72.1(D)(3).

The Court has reviewed the Report and Recommendation along with the entire file and finds the magistrate judge's analysis is correct. The Court hereby adopts the Report and Recommendation in its entirety. For the reasons stated therein, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 20th day of July, 2011.

/s/ *Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court